

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00598-CV

Sam Edward **DRAPER**,
Appellant

v.

Julie A. **MOGENIS**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12724B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to January 4, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court